Erie Indemnity Company, Appellant, *v.* Coal Operators Casualty Company, Appellant.

Argued September 18, 1973. *John F. Potter,* with him *John H. Cartwright, John R. Fernan,* and *MacDonald, Illig, Jones & Britton,* for appellant; *Gary H. McQuone,* with him *Ruffin, Hazlett, Perry & Lonergan,* for appellant.

Order affirmed.

SPAULDING, J., absent.

Gilberti *v.* Payne et al., Appellants.

Argued September 17, 1973. *William H. Pugh, IV,* for appellants; *James S. Kilpatrick, Jr.,* with him *Haws & Burke,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

Schneider *v.* King et al., Appellants.

Argued September 20, 1973. *Joseph G. Manta,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellants; *Harry R. Nixon,* with him *Schneider, Nixon & John,* for appellee.

Judgment affirmed.

JACOBS, SPAULDING and SPAETH, JJ., absent.